No. 456. CENTURY INDEMNITY Co. *v.* NELSON. November 6, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Oliver Dibble* for petitioner. *Mr. Joe G. Sweet* for respondent.

No. 457. MARTIN *v.* TENNESSEE COPPER & CHEMICAL CORP. November 6, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Harvey L. Lechner* and *Robert H. Mc-Carter* for petitioner. *Mr. Thomas G. Haight* for respondent.

No. 458. O'HEARNE *v.* UNITED STATES. November 6, 1933. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. W. B. O'Connell* for petitioner. *Solicitor General Biggs* and *Mr. Mahlon D. Kiefer* for the United States.

No. 459. FIRST NATIONAL BANK OF BOSTON, EXECUTOR, *v.* TALBOTT, AUDITOR. November 6, 1933. Petition for writ of certiorari to the Court of Appeals of Kentucky denied. *Messrs. Simeon S. Willis* and *T. Kennedy Helen* for petitioner. *Mr. S. H. Brown* for respondent.

No. 460. U.S. TRUST CO., EXECUTOR, *v.* ANDERSON, COLLECTOR OF INTERNAL REVENUE. November 6, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. John W. Davis* for petitioner. *Solicitor General Biggs, Mr. Sewall*